UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

| | |
|---|---|
| ALTAGRACIA ALCANTARA, ET AL. | * |
| Plaintiffs | * |
| v. | * CIVIL NO. 3:01CV01067 (JCH) |
| | * |
| MUHAMED HODZIC | * |
| Defendant | * |
| | * DECEMBER 11, 2003 |

*******************************************

## MOTION TO CONTINUE DATE FOR FILING FINAL PRETRIAL MEMORANDUM

The plaintiffs, **ALTAGRACIA ALCANTARA and KARLA GONZALEZ,** through counsel, hereby motion this Honorable Court for a two (2) week continuance of the date for filing the final pretrial memorandum presently set for December 15, 2003. The reasons for this motion are as follows:

1. The parties participated in a mediation session conducted by Magistrate Judge F. Owen Eagan on November 19, 2003;

2. The mediation session produced a settlement agreement with regard to plaintiff, Karla Gonzalez's case and a near resolution of plaintiff, Altagracia Alcantara's case;

3. The impediment to a final settlement in plaintiff Altagracia Alcantara's case is the necessity of verifying the absence of any additional applicable insurance coverage. Defense counsel has since the date of the mediation session attempted to procure the necessary information and was able to obtain some but not all of the necessary information;

4. The parties believe that if given an additional two (2) week extension of the pretrial memorandum filing deadline, the plaintiff will be able to conclude her due diligence regarding the lack of additional insurance coverage issue; and

5. Counsel for the defendant consents to this Motion.