UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************

ALTAGRACIA ALCANTARA, ET AL.
       Plaintiffs
v.

CIVIL NO. 3:01CV01067 (JCH)

MUHAMED HODZIC
       Defendant

DECEMBER 30, 2003

*****************************************

## MOTION TO CONTINUE DATE FOR FILING FINAL PRETRIAL MEMORANDUM

The plaintiffs, **ALTAGRACIA ALCANTARA and KARLA GONZALEZ,** through counsel, hereby motion this Honorable Court for a continuance to January 15, 2004, for the filing the final pretrial memorandum. The reasons for this motion are as follows:

1. The parties participated in a mediation session conducted by Magistrate Judge F. Owen Eagan on November 19, 2003;

2. The mediation session produced a settlement agreement with regard to plaintiff, Karla Gonzalez's case and a near resolution of plaintiff, Altagracia Alcantara's case;

3. The Allstate Insurance Company, which is providing a defense for the defendant Muhamed Hodzic, has offered the full limits of its policy to the plaintiff, Altagracia Alcantara, as a full settlement. Pursuant to the terms of the plaintiff's own insurance policy with Geico Insurance Co., as it pertains to her uninsured/underinsured motorist coverage, the plaintiff cannot accept a settlement without the prior consent of Geico. Through the plaintiff's Rhode Island counsel, Kenneth A. Schreiber, the defendant's offer of its policy limits and other relevant documentation has been submitted to Geico Insurance Co. for its consent to the settlement.

4. Upon the consent of Geico Insurance Co. and the receipt by plaintiff's counsel of an affidavit by the defendant that he does not have any other available insurance coverage, this entire case will be settled.

*[Handwritten annotations in margin: "Motion Granted to Jan. 15, 2004. So Ordered." with signature dated 12/31/03]*