FILED

2004 FEB 24  P 3: 26

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALTAGRACIA ALCANTARA                    CASE NO. 3:01CV01067 (JCH)
KARLA GONZALES,
       PLAINTIFFS

V.

MUHAMED HODZIC,                         FEBRUARY 23, 2004
       DEFENDANT

### STIPULATION FOR DISMISSAL

The undersigned legal counsel in behalf of the plaintiff, Altagracia Alcantara, the plaintiff Karla Gonzales, and the defendant, Muhamed Hodzic, stipulate to a dismissal of the cause of action of all plaintiffs as against the defendant with prejudice and without costs.

The Plaintiffs, Altagracia Alcantara,            The Defendant, Muhamed Hodzic
Karla Gonzalez

By _____            By _____
Stan R. Dombroski                              Kenneth J. Mulvey, Jr.
Dombroski, Knapsack & Hillis LLC               Mulvey, Oliver, Gould & Crotta
205 Whitney Avenue                             83 Trumbull Street
New Haven, Connecticut 06511                   New Haven, Connecticut 06511
Federal Bar #CT08528                           Federal Bar #04164

So Ordered

MULVEY, OLIVER, GOULD & CROTTA • ATTORNEYS AT LAW • 83 TRUMBULL STREET • NEW HAVEN, CONNECTICUT 06511-3774 • TELEPHONE (203) 624-5111 • FACSIMILE (203) 789-8371

## CERTIFICATION

This is to certify that a copy of the foregoing was on this date mailed postage pre-paid in accordance with the Federal Rules of Civil Procedure to:

Stan R. Dombroski, Esq.
Dombroski Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, Connecticut 06511

_____
Kenneth J. Mulvey, Jr.

F:\MOG\G\Active\Allstate 000600\Hodzic v. Alcantara KJM 885\pleadings\stipulation - usdc - 12-10-03.wpd

MULVEY, OLIVER, GOULD & CROTTA • ATTORNEYS AT LAW • 83 TRUMBULL STREET • NEW HAVEN, CONNECTICUT 06511-3774 • TELEPHONE (203) 624-5111 • FACSIMILE (203) 789-8371