UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

01CV1067STIPDISM

| | |
|---|---|
| ALTAGRACIA ALCANTARA<br>KARLA GONZALES,<br>    PLAINTIFFS | CASE NO. 3:01CV01067 (JCH) |
| V. | |
| MUHAMED HODZIC,<br>    DEFENDANT | FEBRUARY 23, 2004 |

### STIPULATION FOR DISMISSAL

The undersigned legal counsel in behalf of the plaintiff, Altagracia Alcantara, the plaintiff Karla Gonzales, and the defendant, Muhamed Hodzic, stipulate to a dismissal of the cause of action of all plaintiffs as against the defendant with prejudice and without costs.

| | |
|---|---|
| The Plaintiffs, Altagracia Alcantara,<br>Karla Gonzalez<br><br>By _____<br>Stan R. Dombroski<br>Dombroski, Knapsack & Hillis LLC<br>205 Whitney Avenue<br>New Haven, Connecticut 06511<br>Federal Bar #CT08528 | The Defendant, Muhamed Hodzic<br><br><br>By _____<br>Kenneth J. Mulvey, Jr.<br>Mulvey, Oliver, Gould & Crotta<br>83 Trumbull Street<br>New Haven, Connecticut 06511<br>Federal Bar #04164 |